UNITED STATES STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

JOHN OGBODO EZE )
    ( PLAINTIFF) )
)           case no: _____
v. )
)
)
JOHN ASHCROFT, )
    (ATTORNEY GENERAL) )
THOMAS HODGSON, et al )

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

   I, John Ogbodo Eze, Declare, depose, and say that I am the petition in this case. In support of my motion to proceed without being required to prepay fees, costs or give security under 28 U.S.C. § 1915, I state that because of my detention under DHS for 1½ years, I am unable to pay the costs, of said proceeding or to give security therefore. I believe I am entitled to redress.

   I declare that the responses that I have made below are true.

1. I am currently unemployed and has been deyained under DHS custody since February 4th, 2003.

2. My last employment was October 10, 2002. When I ran a motor coach business. The coach grossed between $750-$850/ day when engaged on a charter. I have since lost my business. The bus opration was basically new, started June, 2002 through October, 2002.

3. Have you received, within the past twelve months, any money from any of following sources?

a. Business, profession or form of self-employment yes ( )no (x)

b. Rent payments, interst or dividends? Yes( )NO(x)

c. Pensions,annuities or life insurance payments? YES( )NO(x)

d. Gifts or inheritances? YES( )NO(X)

e. Family or Friends? YES( )NO(X)

f. Any other sources? YES( )NO(X)

-1-

4. Do you own any cash, or do you have money in a checking or savings account, including any funds in prison accounts? YES(X)NO( )

If the answer is yes, state the total valued owned $100.00

5. Do you own any real estate, stocks, bonds, notes, automobiles. or other valuable property (including ordinary household furnishings and clothing)? YES( )NO(x)

If the answer is yes, describe the property and state it's a approximate. N/A

6. List the person(s) who are dependant upon you for support, state your relatioship to those person(s), and indicate how much you contribute toward their support at the present time.


7. List any other debts(current obligations, indicating amounts owed and to whom they are payable).


8. State any special finaacial circumstances that the court should consider in this application



  I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury,

  I declare under penalty of perjury that the foregoing is true and correct.   3 rd

Signed this 09/03 day of September, 2004.

_____
Signature,

### PRISON CERTIFICATE

Trust Account withdrawal Authorization.

I certify that the applicant John Ogbodo Eze.

-2-