**ATTACHMENT A**

[ Home ]  [ P.A.C.E.R. ]  [ Opinions ]  [ Lower Dkt ]  [ Help ]

# General Docket
## US Court of Appeals for the First Circuit

```
Court of Appeals Docket #: 04-2091                              Filed: 8/16/04
Nsuit:    0  (Criminal or NOT SET)
Eze v. Ashcroft
Appeal from: U.S. Immigration & Naturalization Serv.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0090-1 : A90-648-128          lead: A90-648-128
    Date Filed: **/**/**
    Date order/judgment: 7/20/04
    Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: due

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
               Lead        Member      Start       End
    Related:
               03- 2716    04- 2091    8/19/04
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Docket as of September 1, 2004 8:36 pm                    Page 1
```

---

```
04-2091   Eze v. Ashcroft

JOHN OGBODO EZE                     John Ogbodo Eze
    Petitioner                      Reg. #124158
                                    [COR LD NTC pro]
                                    Bristol County Jail
                                    400 Faunce Corner Rd.
                                    N. Dartmouth, MA 02747




    v.

JOHN U.S. ATTORNEY GENERAL,         Michael J. Sullivan
Attorney General                    617-748-3100
    Respondent                      [NTC gvt]
                                    U.S. Attorney's Office
```

```
                    John Joseph Moakley Courthouse
                    1 Courthouse Way
                    Boston, MA 02210

                    Valarie Dickson, Paralegal
                    FTS 202-616-4949
                    202-616-4967
                    [NTC gvt]
                    Office of Immigration Appeals
                    Civil Division
                    P.O. Box 878
                    Ben Franklin Station
                    Washington, DC 20044

                    Neil Cashman
                    FTS 617-565-4921
                    617-565-3142
                    [NTC gvt]
                    Immigration and Naturalization
                    Service
                    JFK Federal Building
                    Government Center
                    Room 425
                    Boston, MA 02203
```

Docket as of September 1, 2004 8:36 pm                Page 2

---

04-2091   Eze v. Ashcroft

JOHN OGBODO EZE

            Petitioner

   v.

JOHN ASHCROFT, Attorney General

            Respondent

Docket as of September 1, 2004 8:36 pm                Page 3

---

04-2091   Eze v. Ashcroft

8/16/04            AGENCY CASE docketed. Opening forms sent. Petition for
                   Review filed by Petitioner John Ogbodo Eze. Certificate of
                   service date 8/14/04. Fee Due 9/1/04. Certified List Due
                   9/27/04. [04-2091] (cmpa)

| | |
|---|---|
| 8/16/04 | MOTION filed by Petitioner John Ogbodo Eze. "Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis" (cmpa) |
| 8/19/04 | PUBLIC NOTE: Amended "Petition for Review." (cmpa) |
| 8/19/04 | MOTION filed by Petitioner John Ogbodo Eze. "Petitioner's Motion for Stay of Removal" Certificate of service dated 8/17/04. (cmpa) |
| 8/23/04 | MEMORANDUM filed by Petitioner John Ogbodo Eze in support motion stay of deportation order. "Petitioner's Memorandum of Law in Support of Stay of Removal" Certificate of service dated 8/16/04. (cmpa) |

Docket as of September 1, 2004 8:36 pm                    Page 4

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/08/2004 08:53:29 | | |
| PACER Login: | us5172 | Client Code: |
| Description: | dkt report | Case Number: | 04-2091 |
| Billable Pages: | 4 | Cost: | 0.28 |