UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JOHN OGBODO EZE</u>,
                Plaintiff,

v.                        Civil Action No.  04-11949-NG

<u>JOHN ASHCROFT, Attorney General,</u>
                Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒      GRANTED.

☐      DENIED for the following reason(s):

☒      This action is dismissed without prejudice for the reasons stated in the accompanying memorandum and order.

☐      The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

9/14/04                                    s/ Nancy Gertner
DATE                                      UNITED STATES DISTRICT JUDGE