UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN OGBODO EZE,
        Plaintiff,

v.        Civil Action No. 04-11949-NG

JOHN ASHCROFT, Attorney General,
        Defendant.

ORDER OF DISMISSAL

GERTNER, D.J.

In accordance with this Court's order dated September 14, 2004, it is ORDERED that the within action be and it is hereby dismissed without prejudice.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date September 14, 2004

(noticeofdismissal.wpd - 12/98)    [odism.]