AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSSETTS__

JOHN OGBODO EZE

Plaintiff

V.

JOHN ASHCROFT, THOMAS HODGSON.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 04 CV 11949-NG

I, __JOHN OGBODO EZE__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2) CORRECTION
   If "Yes," state the place of your incarceration __BRISTOL COUNTY HOUSE OF CORRECTION__
   Are you employed at the institution? __NO__   Do you receive any payment from the __N/A__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. __04 CV 11949- NG__
Appeal No. _____

__JOHN OGBODO EZE__
__(PETITIONER)__

v.

__JOHN ASHCROFT (RESPONDENT)__

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: __09/13/04__

My issues on appeal are:

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $00.00 | $00.00 | $00.00 | N/A |
| Self-employment | $00.00 | $00.00 | $00.00 | N/A |
| Income from real property (such as rental income) | $00.00 | $00.00 | $00.00 | N/A |
| Interest and dividends | $00.00 | $00.00 | $00.00 | N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 00.00 | $ 00.00 | $ 00.00 | $ 00.00 |
| Alimony | $ 00.00 | $ 00.00 | $ 00.00 | $ 00.00 |
| Child support | $ 00.00 | $ 00.00 | $ 00.00 | $ 00.00 |
| Retirement (such as social security, pensions, annuities, insurance | $ 00.00 | $ 00.00 | $ 00.00 | $ 00.00 |
| Disability (such as social security, insurance payments) | $ 00.00 | $ 00.00 | $ 00.00 | $ 00.00 |
| Unemployment payments | $ 00.00 | $ 00.00 | $ 00.00 | $ 00.00 |
| Public-assistance (such as welfare) | $ 00.00 | $ 00.00 | $ 00.00 | $ 00.00 |
| Other (specify): | $ 00.00 | $ 00.00 | $ 00.00 | $ 00.00 |
| Total Monthly income: | $ 00.00 | $ 00.00 | $ 00.00 | $ 00.00 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Paramount Laura Charter Inc. | 52-15 11TH ST. SUITE #1 L.I.C. NEW YORK | JUNE, 2002 TO 01/2/03 | NEW BUSINESS OPERATED IN THE RED DUE TO EQUIPMENT FAILURE INITIALLY |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

2

4. *How much cash do you and your spouse have?* $ < $125.ºº

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 1ST UNION BANK, A.C. NJ 08401 | BUS/SAVINGS | $ < 125.ºº | $ N/A |
| | | $ / | $ / |
| | | $ / | $ / |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| **Home** (Value) | **Other real estate** (Value) | **Motor Vehicle #1** (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| | | Model: |
| | | Registration#: |

| **Motor Vehicle #2** (Value) | **Other assets** (Value) | **Other assets** (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A  N/A |
| Model: N/A | | |
| Registration#: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 00.00 | $ 00.00 |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 00.00 | $ 00.00 |
| Home maintenance (repairs and upkeep) | $ 00.00 | $ DITTO – |
| Food | $ 00.00 | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): _____ | $ N/A | $ N/A |
| Department store (name): _____ | $ N/A | $ N/A |
| Other: _____ | $ N/A | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 00.00 | $ 00.00 |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 00.00 | $ 00.00 |
| Other (specify): _____ | $ 00.00 | $ 00.00 |
| Total monthly expenses: | $ 00.00 | $ 00.00 |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☒ No        If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:    N/A

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:    N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Plaintiff/Petitioner has been under DHS detention since February 4th, 2003

## TRUST ACCOUNT-WITHDRAWAL AUTHORIZATION

I, John O. Eze, request and authorize the agency holding me in custody to prepare for the clerk of the UNITED STATES District Court for the Earstern District of Massachusetts a certified copy of the statement for the past six months of my trust fund account activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account pursuant to any future orders issued by the court relating to this civil action pursuant to the Prison litigation Reform Act of 1195, Pub.L. No. 104-134, Title VIII,§§ 801-10,110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the District of Massachusetts, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is $_____ .I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred

Date 09/03/04          Signature of Prisoner

CERTIFICATE OF SERVICE

I, John Ogbalo Eze, hereby depose and state under oath that a copy of the within documents — application to proceed in forma pauperis and affidavit — were served on the opposing counsel on this 15th day of September, 2004 by depositing same in the U.S. Mail via First Class mail, postage prepaid, and addressed as follows:

The U.S. Attorney's Office,
John Joseph Moakley Courthouse Building, Suite 9200
U.S. Courthouse,
1 Courthouse Way, Suite
Boston, MA. 02210.