UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JOHN OGBODO EZE</u>,
        Plaintiff,

v.            Civil Action No.  04-11949-NG

<u>JOHN ASHCROFT, Attorney General</u>,
        Defendant.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

On September 14, 2004, I dismissed this action without prejudice.  On September 20, this Court received an application to proceed without prepayment of fees from petitioner Eze.  The application was signed on September 14, and it thus appears that Eze forwarded the application before he had received notice of the dismissal of this action.

Because this action has been dismissed, I deny the application as moot.

| | |
|---|---|
| 10/14/04 | /s/ Nancy Gertner |
| DATE | UNITED STATES DISTRICT JUDGE |

(lfp.ord.wpd  - 11/98)          [oifphc.]