FOR THE DISTRICT OF MASSACHUSETTS

JOHN OGBODO EZE,
   (Plaintiff,
    Petitioner)

   vs.

JOHN ASHCROFT
   (Respondent)

Civil Action No.
04-CV-11949-NG

AFFIDAVIT

AFFIDAVIT IN SUPPORT OF PETITIONER'S MOTION FOR ALLOWANCE/EXTENSION OF TIME TO FILE BRIEF AND MEMORANDUM OF LAW, NUNC PRO TUNC OPPOSING RESPONDENT'S "MOTION TO DISMISS AND STAY OPPOSITION."

Now comes John Ogbodo Eze, the Petitioner in the above-entitled matter, and being duly sworn, states the following:

1. My name is John Ogbodo Eze.

2. I am a native born citizen of Nigeria and entered United States

3. In May 7, 1988, I was granted the status of temporary resident under the Amnesty Act of 1986. I have lived here continuously ever since and have never left the country.

4. On or about September 14th, 2004, I received respondent's "Motion and Memorandum of Law in Support of Motion to Dismiss and Stay Opposition."

5. By a notice dated September 8th, 2004 and filed with the U.S. Court of Appeals, First Circuit, the DHS advised the Court of Appeals of the DHS intent to remove the petitioner on September 22, 2004, pursuant to administrative "final order" issued by the BIA.

6. A similar advice was also incorporated in Respondent's "Motion to Dismiss and Stay Opposition" filed with the U.S. District Court, Boston, Mass.

7. On September 17, 2004, I was moved from Bristol County Jail, North Dartmouth, Mass

(2)

...documents when I am currently detained while DHS custody.

8. On Tuesday September 21, 2004, I was transported to Batavia, NY, for a September 22, 2004 removal to Nigeria. However, the DHS, who never had travel documents, was unable to secure one and so the removal was averted.

9. Between September 19, 2004 and October 2nd, 2004, I did not have access to my legal papers because of the constant movement my failed removal attempt had caused. Furthermore, I have been informed by the Suffolk County Jail where I am currently detained that I needed a two-week waiting period to have access to a typewriter for my legal work and I have been unable to use the phone to contact the clerk of court to apprise the court of my situation.

10. I am unrepresented by counsel and therefore could not in their view respond to Respondents motion given above legitimate circumstances.

(3)

comparable accesses as record seal-3411, among others claims, are contested in the accompanying opposition.

11. Finally, on September 27, 2004, I was returned to Suffolk County Jail, Boston, Massachusetts where I am currently detained. Presently, I have access to my legal materials and would like to prepare and type my Opposition to Respondent's motion.

12. I respectfully request an extension of time to oppose Respondent's motion.

Dated: October 12, 2004.

Respectfully Submitted,

John Eze

John Ogbodo Eze

(4)

I, John Good, Esq, depose and state under oath that a true copy of the within document - Plaintiff's Motion for Allowance of Extension of Time to File Brief & Memorandum of Law nunc pro tunc opposing Defendant's Motion to Dismiss and Stay Proposition, was served on the opposing United States Attorney on this 14th day of October, 2004, by depositing same in the United States mail, postage prepaid, and addressed as follows:

Frank Crowley
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA. 02114

(22)