John O. Eze/ID#124158,
Bristol County Jail,
400 Faunce Corner Road,
North Dartmouth, MA.,
02747.
December 29, 2004.

Office of The Clerk,
United States District Court,
John Joseph Moakley Courthouse,
1 Courthouse Square,
Boston, MA. 02210

RE:      <u>Civil Action Number 04 CV 11949-NG</u>

<u>NOTICE OF CHANGE OF ADDRESS</u>

This is notify the Court and opposing counsels that the DHS moved me from the Suffolk County Jail detention facility in South Bay, Boston, MA., to the Bristol County Jail, N. Dartmouth, MA., as noted above. The transfer took place during the 2nd or 3rd week of November 2004, to the best of my recollection.

Please forward any and all correspondences, including any returned mails, to the above noted address where I am currently detained. If the Court has obtained a copy of the administrative record please forward same to me.

Thank you in advance for your prompt attention in this matter.

(1)

Sincerely,

*/s/ John Eze*

John Ogbodo Eze,
Pro se.

Dated: December 29, 2004.

CERTIFICATE OF SERVICE

I, John Ogbodo Eze, certify that a true copy of the within document-address change-was served on opposing counsels on this 29th day of december, 2004, by depositing same in the institution mailing, postage prepaid and addressed as follows:

United States Attorney,
Office OF The United States Attorney,
John Joseph Moakley Courthouse
1 Courthouse Square, Suite#9200,
Boston, MA. 02210.

(2)